IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. CIV S-08-2793-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT A. HOREL, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time (Doc. 9) to file a response to the petition. Good cause appearing therefor, respondent's motion is granted. Respondent's response is due by March 2, 2009.

IT IS SO ORDERED.

DATED: February 5, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1